**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**KHALID HYAT CHAUDHRY,**

      **Petitioner,**

**v.**                                  **Case No. 5:25-cv-203-AW-MAF**

**SECRETARY, DEP'T OF
CORRECTIONS,**

      **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Khalid Hyat Chaudhry petitioned for § 2254 relief. The Secretary moved to dismiss the petition as untimely. In a report and recommendation, the magistrate judge concludes the court should grant the motion and dismiss. ECF No. 21. There has been no objection to the report and recommendation. (I recognize the report and recommendation was returned as undeliverable. ECF No. 22. It was Petitioner's responsibility to keep the court apprised of his address. *See* ECF No. 3 at 2.)

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 12) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is DENIED. The clerk will close the file.

1

SO ORDERED on May 26, 2026.

s/ *Allen Winsor*
Chief United States District Judge